No. 76–5957. ARMENTROUT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–5958. WALKER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 76–5963. BRIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 76–5965. SINCLAIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–5967. HILL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 76–5970. BATTLES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 76–5974. JEFFERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 76–5978. JAMES *v.* TENNYSON. C. A. 8th Cir. Certiorari denied.

No. 76–5982. FRANKS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 76–5991. MUSOLINO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. 

No. 76–6007. LOVELL *v.* LORA ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–6043. JORDAN *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied. 

No. 76–6055. DUNSON *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.